| | |
|---|---|
| 1 | THOMAS J. NOLAN (SBN 66992) |
|   | thomas.nolan@skadden.com |
| 2 | PETER B. MORRISON (SBN 230148) |
|   | peter.morrison@skadden.com |
| 3 | VIRGINIA F. MILSTEAD (SBN 234578) |
|   | virginia.milstead@skadden.com |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 300 South Grand Avenue |
| 5 | Los Angeles, California 90071-3144 |
|   | Telephone:   (213) 687-5000 |
| 6 | Facsimile:   (213) 687-5600 |

7  *Attorneys for Defendant*
*Questcor Pharmaceuticals, Inc.*

8

9  PETER A. WALD (SBN 85705)
MICHELE D. JOHNSON (SBN 198298)
ANDREW R. GRAY (SBN 254594)
10 LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
11 Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
12 Facsimile: (714) 755-8290

13 *Attorneys for Defendants*
*Don M. Bailey, Michael H. Mulroy, Stephen*
14 *L. Cartt, and David Young*

15 ANDREW J. BROWN (SBN 160562)
andrewb@rgrdlaw.com
16 ROBERT K. LU (SBN 198607)
rlu@rgrdlaw.com
17 ERIK W. LUEDEKE (SBN 249211)
eluedeke@rgrdlaw.com
18 ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
19 San Diego, CA 92101
Telephone: (619) 231-1058
20 Facsimile: (619) 231-7423

21 *Lead Counsel for Plaintiffs*

22                    UNITED STATES DISTRICT COURT

23                    CENTRAL DISTRICT OF CALIFORNIA

24

| | | |
|---|---|---|
| 25 | IN RE QUESTCOR PHARMACEUTICALS, INC. SECURITIES LITIGATION | ) CASE NO.: NO. 8:12-CV-01623 DMG (JPRx) |
| 26 | | ) JOINT STATUS REPORT RE RESULTS OF EARLY MEDIATION |
| 27 | | ) Discovery Cutoff: December 19, 2014 |
| 28 | | ) Pretrial Conference: November 10, 2015 |
|    | | ) Trial Date: December 1, 2015 |

**JOINT STATUS REPORT REGARDING RESULTS OF EARLY MEDIATION**

On June 9, 2014, the Court ordered Plaintiffs Plumbers and Pipefitters National Pension Board and West Virginia Management Board (collectively, "Plaintiffs"), and Defendants Questcor Pharmaceuticals, Inc. ("Questcor"), Don Bailey, Steve Cartt, David Young, and Michael Mulroy (collectively, the "parties") to provide a report on the results of the Court-ordered early mediation, the deadline for which was set for September 26, 2014. (*See* Dkt. 127, 127-1, 148.) The parties hereby submit the following joint status report:

The parties conducted a private mediation on September 8, 2014 in front of the Honorable Layn R. Phillips. The parties were unable to reach a settlement agreement at that time. The early mediation deadline has now passed. No future mediation date has been set.

DATED: October 3, 2014.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/Peter B. Morrison*
Peter B. Morrison
Attorney for Defendant
Questcor Pharmaceuticals, Inc.

ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/ Andrew J. Brown*
Andrew J. Brown
Lead Counsel for Plaintiffs

LATHAM & WATKINS LLP

By: */s/Peter A. Wald*
Peter A. Wald
Attorney for Individual Defendants Don M. Bailey, Michael H. Mulroy, Stephen L. Cartt, and David Young

*All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*