THOMAS J. NOLAN (SBN 66992)
thomas.nolan@skadden.com
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
CARL ALAN ROTH (SBN 151517)
carl.roth@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorney for Defendant*
*Questcor Pharmaceuticals, Inc.*

PETER A. WALD (Bar No. 85705)
peter.wald@lw.com
MICHELE D. JOHNSON (Bar No. 198298)
michele.johnson@lw.com
ANDREW R. GRAY (Bar No. 254594)
andrew.gray@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

*Attorney for Defendants Don M. Bailey,*
*Michael H. Mulroy, Stephen L. Cartt, and*
*David Young*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUESTCOR PHARMACEUTICALS, INC. SECURITIES LITIGATION | CASE NO.: 8:12-CV-01623  DMG (JPRx)<br><br>(1) DEFENDANTS' RESPONSE AND STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; and<br><br>(2) DECLARATION OF WINSTON P. HSIAO (under separate cover).<br><br>Date:     January 9, 2015<br>Time:    9:30 a.m.<br>Judge:   Hon. Dolly M. Gee<br>Ctrm.:   7 |

Pursuant to Local Rule 7-9, Defendants Questcor Pharmaceuticals, Inc. ("Questcor" or the "Company"), Don M. Bailey, Michael H. Mulroy, Stephen L. Cartt and David Young (the "Individual Defendants," and with Questcor, the "Defendants") submit this Response and Statement of Non-Opposition to Plaintiffs' Motion for Class Certification.

Plaintiffs' Motion opens with a "Factual Statement" that merely parrots and paraphrases the allegations in the Complaint, which Plaintiffs filed twenty (20) months ago. The record in this case does not support those allegations, and Defendants look forward to demonstrating the baselessness of Plaintiffs' case at summary judgment.

Further, and notwithstanding the Non-Opposition, Defendants reserve all of their rights with respect to defenses against Plaintiffs' claims, including the right to return to the Court to, among other things, seek de-certification of the class pursuant to Federal Rule of Civil Procedure 23(c)(1)(C). On October 23, 2014, Questcor deposed Dr. Steven P. Feinstein, who filed a report on behalf of Plaintiffs' class certification motion. During the deposition, Dr. Feinstein indicated he would produce additional materials following his deposition that may bear on class certification issues.[1] Dr. Feinstein has yet to produce those materials, and Plaintiffs

---

[1] See Declaration of Winston P. Hsiao ("Hsiao Decl.") Ex. 1 (Deposition Transcript of Dr. Steven P. Feinstein) at 50:8-15:
    Q. Have you read NERA-authored expert reports on this topic?
    A. Yes.
    Q. Do you have them in your files?
    A. As I sit here today, I think likely, probably. I'm not sure.
    Q. I'd like you to produce them, please.
    A. Okay.
See also id. at 63:18-64:1:
    Q. When you say it's widely used, what's your basis for that other than that [sic] NERA reports that you referenced earlier today?
    A. That's what I'm referring to.
    Q. And you're going to produce the NERA reports that you have in that connection from your files, correct?

*(cont'd)*

1

have indicated that such materials may not be forthcoming.  Therefore, Defendants may need to pursue those materials.

In addition, documents produced by Plaintiffs during discovery indicate that Plaintiffs utilize at least two investment advisors, LSV Asset Management ("LSV") and AJO, LP ("AJO").  Defendants believe that LSV and AJO may possess information that bears on issues related to both class certification and the underlying merits of Plaintiffs' claims.  However, due to limited availability, Defendants were not able to depose a 30(b)(6) designee from LSV until October 30, four days prior the deadline for opposing class certification.  Meanwhile, AJO has to this day refused to offer a date on which Defendants may depose its 30(b)(6) designee, even though Questcor noticed the AJO deposition on September 30.  Defendants remain optimistic that AJO will comply with the deposition subpoena without need for court intervention, but Defendants may need to pursue this deposition through the courts as well.

For the foregoing reasons, Questcor files this Non-Opposition at this time, but expressly reserves all rights and remedies available to it.

Dated: November 3, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/Peter B. Morrison_____
Peter B. Morrison
Attorney for Defendant
Questcor Pharmaceuticals, Inc.

---

*(cont'd from previous page)*
A. The reports and their, their monographs, their monographs on the subject.

2

LATHAM & WATKINS LLP


By: */s/Peter A. Wald*
Peter A. Wald
Attorney for Defendants
Don M. Bailey, Michael H. Mulroy, Stephen L. Cartt, and David Young