UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | SA CV 12-01623-DMG (JPRx) | Date | February 2, 2015 |
|---|---|---|---|
| Title | *In Re Questcor Securities Litigation* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REFERRING MATTER TO MAGISTRATE JUDGE [199]**

   On December 31, 2014, Defendant Questcor Pharmaceuticals Inc. filed a Motion for Evidentiary Sanctions against Lead Plaintiffs based on Lead Plaintiffs' Objections and Supplemental Responses to Defendant's Second Set of Interrogatories and their alleged failure to fulfill their discovery obligations in good faith. [Doc. # 199.] Pursuant to General Order 05-07, the Clerk's Office is hereby directed to refer this matter to the Honorable Jean P. Rosenbluth, United States Magistrate Judge, for a report and recommendation.

**IT IS SO ORDERED.**

cc: Magistrate Judge Rosenbluth