**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Questcor Securities Litigation | CASE NUMBER:<br>SACV 12-1623-DMG (JPRx) |
| PLAINTIFF(s) / PETITIONER(s)<br>v. | |
| DEFENDANT(s) / RESPONDENT(s) | **NOTICE OF FILING OF**<br>**MAGISTRATE JUDGE'S REPORT**<br>**AND RECOMMENDATION** |

TO:   All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on __February 24, 2015__.

Any party having Objections to the Report and Recommendation and/or order shall, not later than __March 10, 2015__, file and serve a written statement of Objections with points and authorities in support thereof before the Honorable __JEAN P. ROSENBLUTH__, U.S. Magistrate Judge. A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition. Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order. A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated: February 24, 2015                                        By:   Bea Martinez
                                                                       Deputy Clerk