ROBBINS GELLER RUDMAN
  & DOWD LLP
ANDREW J. BROWN (160562)
THOMAS E. EGLER (189871)
ROBERT K. LU (198607)
ERIK W. LUEDEKE (249211)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
andrewb@rgrdlaw.com
tome@rgrdlaw.com
rlu@rgrdlaw.com
eluedeke@rgrdlaw.com

Lead Counsel for Plaintiffs

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
GERALD E MARTIN
TIMOTHY L. MILES
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)

Additional Plaintiffs' Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re QUESTCOR PHARMACEUTICALS, INC. SECURITIES LITIGATION | ) No. 8:12-cv-01623-DMG(JPRx) ) ) CLASS ACTION ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) NOTICE OF MOTION AND ) PLAINTIFFS' UNOPPOSED ) MOTION FOR PRELIMINARY ) APPROVAL OF CLASS ACTION ) SETTLEMENT |

DATE:      May 15, 2015
TIME:      9:30 a.m.
CTRM:    The Honorable
              Dolly M. Gee

1015182_1

| | |
|---|---|
| 1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD |
| 2 | PLEASE TAKE NOTICE that on May 15, 2015, at 9:30 a.m., in the Courtroom |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 15, 2015, at 9:30 a.m., in the Courtroom of the Honorable Dolly M. Gee, United States District Judge, at the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, Plaintiffs will move for an order (1) granting preliminary approval of the settlement set forth in the Stipulation of Settlement, dated as of April 8, 2015 (the "Stipulation"), which is being filed concurrently; (2) directing Class Members be given notice of the pendency of settlement of this action in the form and manner set forth in the Stipulation and the exhibits annexed thereto; (3) setting a hearing date for the Court to consider final approval of the settlement and related matters; and (4) setting a schedule of events to govern the procedural aspects of the settlement. Plaintiffs' motion is based on this Notice of Motion and Unopposed Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Stipulation, the Declaration of Peter Crudo, and such additional evidence or argument as may be required by the Court. Defendants do not oppose this motion.

DATED: April 13, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
ANDREW J. BROWN
THOMAS E. EGLER
ROBERT K. LU
ERIK W. LUEDEKE

s/ Andrew J. Brown
ANDREW J. BROWN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs
- 1 -

1015182_1

1015182_1

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
GERALD E MARTIN
TIMOTHY L. MILES
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

HOLZER & HOLZER, LLC
COREY D. HOLZER
MARSHALL P. DEES
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

LAW OFFICE OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES, JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164
412/471-1033 (fax)

Additional Plaintiffs' Counsel

1015182_1

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2015.

s/ Andrew J. Brown
ANDREW J. BROWN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: AndrewB@rgrdlaw.com

1015182_1

## Mailing Information for a Case 8:12-cv-01623-DMG-JPR In re Questcor Securities Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Manuel A Abascal**
  manny.abascal@lw.com

- **George E Barrett**
  gbarrett@barrettjohnston.com

- **Brian Barry**
  bribarry1@yahoo.com

- **David E Bower**
  dbower@faruqilaw.com,brohr@faruqilaw.com,smarton@faruqilaw.com

- **Andrew J Brown**
  andrewb@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Marshall P Dees**
  mdees@holzerlaw.com,cholzer@holzerlaw.com

- **Thomas E Egler**
  tome@rgrdlaw.com,jillk@rgrdlaw.com,E_File_SD@rgrdlaw.com,kathyj@rgrdlaw.com

- **Michael J Faris**
  michael.faris@lw.com,chefiling@lw.com

- **Todd M Garber**
  todd@garberfirm.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Andrew Gray**
  andrew.gray@lw.com,everett.bulthuis@lw.com,Kristin.Murphy@lw.com,#ocecf@lw.com,jana.roach@lw.com

- **Eli R Greenstein**
  egreenstein@ktmc.com,namjed@ktmc.com,jhouston@ktmc.com,yjayasuriya@ktmc.com,cbucciarelli@ktmc.com

- **Corey D Holzer**
  cholzer@holzerlaw.com,cyoung@holzerlaw.com

- **Michele D Johnson**
  michele.johnson@lw.com,#ocecf@lw.com,Whitney.Weber@lw.com,jana.roach@lw.com

- **Stacey M Kaplan**
  skaplan@ktmc.com

- **Nicole Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Robert K Lu**
  rlu@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Erik W Luedeke**
  eluedeke@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com

- **Gerald E Martin**
  jmartin@barrettjohnston.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com

- **Timothy L Miles**
  tmiles@barrettjohnston.com

- **Virginia F Milstead**
  virginia.milstead@skadden.com,winston.hsiao@skadden.com,brigitte.travaglini@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alejandra.lopez@skadden.com,nandi.berglund@skadden.com,DLMLCLAC@skadden.com,jon.powell@skadden.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,LAO.LACWORDPROCESSING@skadden.com,rebecca.isomoto@skadden.com

- **Darren J Robbins**
  darrenr@rgrdlaw.com

- **Joseph J Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com

- **David C Walton**
  davew@rgrdlaw.com,stremblay@rgrdlaw.com,jillk@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`